■ In the Matter of BEVERLY M., Respondent, v GARRY V., Appellant. — In a paternity proceeding, the appeal is from an order of the Family Court, Orange County, dated March 27, 1980, which, after a hearing, adjudged appellant to be the father of petitioner's child. Permission to appeal is hereby granted. Order affirmed, without costs or disbursements. No opinion. Gibbons, J.P., Rabin, Gulotta and Margett, JJ., concur.